**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHERINE C. BLAKE**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-3220**<br>**Fax (410) 962-6836** |

January 11, 2013

LETTER TO COUNSEL RE: *USA v. Makushamari Gozo,*
Criminal Nos. CCB-12-0393, CCB-02-0390

Dear Counsel:

This will confirm the results of our conference call today.

By **January 25, 2013**, defense counsel will finalize their motions and advise government counsel of any anticipated need for an evidentiary hearing on the motions. The government's response to the defense motions is due **February 15, 2013**.

Time for a motions hearing has been scheduled on **April 12, 2013**, beginning at **10:00 a.m.** A date for a pretrial conference will be discussed at the motions hearing.

Counsel will hold the weeks of **July 22, 2013, July 29, 2013**, and **August 5, 2013** for the jury trial of this case, which is expected to last two weeks or less. A more firm beginning trial date will be discussed at the pretrial conference.

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

Sincerely yours,

Catherine C. Blake
United States District Judge